UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>FUNDS SEIZED FROM JP MORGAN CHASE ACCT. ENDING IN 0399 AND WELLS FARGO ACCT. ENDING IN 9701,<br><br>                Defendant. | Civil Action No.: 4:21-cv-349 |

**SCHEDULING ORDER**

The parties conferred on March 15, 2022, to discuss a plan for discovery in this matter. Doc. 11-1 at 2. Based on their mutually agreed upon proposal and pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, the Court issues the following scheduling order. These deadlines shall not be extended except upon a specific showing of good cause and order of the Court. Fed. R. Civ. P. 16(b)(4). It is the Court's expectation that the parties will not need an extension of these deadlines. The showing of good cause necessary to obtain an extension of any of these deadlines requires a specific showing of what the parties have accomplished to date in discovery, what remains to be accomplished, and why the parties have not been able to meet the Court's deadlines. Bare boilerplate assertions such as "the parties have diligently pursued discovery to date, but additional time is necessary" will not suffice to establish good cause.

Additionally, should any party seek an extension of these deadlines or seek the extension of any other deadline in this case (including an extension of a deadline to respond to a motion or file any other pleading), the party should first contact all other parties and determine if the other

1

parties join in, consent to, or oppose the request for an extension. When filing the motion for an extension, the party requesting the extension must state in their motion for an extension whether the other parties join in, consent to, or oppose the request for an extension.

| | |
|---|---|
| DEADLINES FOR MOTIONS TO ADD PARTIES OR AMEND PLEADINGS | March 27, 2022 |
| LAST DAY TO DEPOSE WITNESSES | May 26, 2022 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORTS | June 6, 2022 |
| CLOSE OF DISCOVERY | June 15, 2022 |
| STATUS REPORT DUE[1] | June 29, 2022 |
| LAST DAY FOR FILING ALL CIVIL MOTIONS, INCLUDING *DAUBERT* MOTIONS, BUT EXCLUDING MOTIONS IN LIMINE | August 15, 2022 |

**SO ORDERED**, this 17th day of May, 2022.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] A Post-Discovery Status Report Form for Judge Baker's cases is available on the Court's website www.gas.uscourts.gov under "forms." The parties are directed to use the content and format contained in this Form when reporting to the Court.